IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 19-CR-1036 |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | Count 1 |
| | ) | 18 U.S.C. §§ 922(g)(1) & (g)(3): |
| CAMERON HATCHER, | ) | Possession of a Firearm by a Felon |
| | ) | and Drug User |
| Defendant. | ) | |

The Grand Jury charges:

### Count 1

### Possession of a Firearm by a Felon and Drug User

On or about June 15, 2019, in the Northern District of Iowa, defendant CAMERON HATCHER, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year and knowing he was then an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, namely marijuana, knowingly possessed a firearm, specifically, a Smith & Wesson M&P 40 Shield, .40 caliber handgun, and the firearm was in and affecting commerce.

Defendant was previously convicted of the following crime punishable by imprisonment for a term exceeding one year: Intent to Deliver Marijuana Under 50 kg, in the Iowa District Court for Dubuque County, Iowa, on or about June 27, 2017, in case number FECR120589.

1

This was in violation of Title 18, United States Code, Sections 922(g)(1), 922(g)(3), and 924(a)(2).

A TRUE BILL

s/ Foreperson
Grand Jury Foreperson      Date 9/24/19

PETER E. DEEGAN, JR.
United States Attorney

By: *[signature]*

ANTHONY MORFITT
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 9/24/2019
ROBERT L. PHELPS, CLERK